RAHLE BLOOM, RELATOR, v. THOMAS J. DOWLING, IN-
SPECTOR OF BUILDINGS OF THE CITY OF ORANGE,
AND THE CITY OF ORANGE, RESPONDENTS.

Submitted May 14, 1926—Decided January 18, 1927.

Zoning—Stores in Restricted Territory—Case Within Ignaciunas
v. Risley—Peremptory Writ Awarded.

On writ of *mandamus*.

Before Justices KALISCH, KATZENBACH and LLOYD.

For the relator, *Phillip J. Scholland.*

For the respondents, *William A. Calhoun.*

PER CURIAM.

This matter is before us on demurrer to the respondents'
return to an alternative writ of *mandamus.* The relator
applied to respondent, the building inspector of the city of
Orange, for a permit to erect a two-story building contain-
ing a ground floor of six stores and a second floor of four
apartments on a lot owned by him at the corner of Park
avenue and Day street, in that city. The application was
refused by the building inspector on the ground that the lot
upon which the building was to be erected was in a part of
the city zoned by ordinance for residences only. The present
writ was then allowed.

An examination of the petition for the writ and of the
return to the writ itself evinces that the case falls squarely
within the decision of the Court of Errors and Appeals in
*Ignaciunas* v. *Risley, 98 N. J. L.* 712.

The facts not being in dispute, a peremptory writ will be
awarded.